UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FARD ABDUR RAHMAN DICKERSON | |
| VERSUS | CIVIL ACTION |
| EDWIN DUSTIN BICKHAM, ET AL. | 22-441-SDD-EWD |

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated February 24, 2023, to which an *Objection*[2] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, the Court declines the exercise of supplemental jurisdiction over Fard Abdul Rahman Dickerson's potential state law claims, and Dickerson's remaining federal claims in this suit against Edward Bickham for alleged illegal incarceration are DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, as those claims are Heck barred, and this case is CLOSED.

Signed in Baton Rouge, Louisiana, on this 29 day of March, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 15.
[2] Rec. Doc. 17.